ACCEPTED
15-25-00132-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/9/2025 6:10 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00132-CV

### IN THE COURT OF APPEALS

### FOR THE FIFTEENTH JUDICIAL DISTRICT OF TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/9/2025 6:10:52 PM
CHRISTOPHER A. PRINE
Clerk

### AUSTIN, TEXAS

*JOHN ERIC ANDERSON,*
**PLAINTIFF-APPELLANT,**

**V.**

*STATE OF TEXAS, ET AL.,*
**DEFENDANTS-APPELLEES**

---

**ON APPEAL FROM THE 98TH JUDICIAL DISTRICT COURT
OF TRAVIS COUNTY, TEXAS; CAUSE NO. D-1-GN-001988**

---

**APPELLEES' MOTION FOR THIRTY-DAY EXTENSION TO FILE APPELLEES' BRIEFS**

---

| | |
|---|---|
| **KEN PAXTON**<br>Attorney General of Texas | **BRIANA M. WEBB**<br>Chief, Law Enforcement Defense Division |
| **BRENT WEBSTER**<br>First Assistant Attorney General | **KYLE A. PERKINS\***<br>Assistant Attorney General |
| **AUSTIN KINGHORN**<br>Deputy Attorney General for<br>Civil Litigation | |
| | **OFFICE OF THE ATTORNEY GENERAL**<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711 |
| **\*ATTORNEY OF RECORD** | (512) 463-2080<br>(512) 936-2109 |

---

### ATTORNEYS FOR DEFENDANT-APPELLANT

---

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Appellees State of Texas and Bryan Collier, submit this Motion for Extension of

Time to File their Brief. In support of this motion, Appellees offer the following:

1

Appellees' brief is presently due on December 9, 2025. Appellees request the Court grant them a **thirty (30) day extension** of time—until January 8, 2025—in which to file the responsive briefs in this matter. Due to clerical error, AAG Perkins was made aware of Appellant's brief with around only one week to respond. Additionally, AAG Perkins has four Motions for Summary Judgment due within nine days of each other. AAG Kyle Perkins will need time to prepare a responsive brief.

This is Appellees' first request for an extension. Good cause exists for the granting of this Motion, which is not being presented for purposes of delay, nor for purposes of prejudicing Appellant in prosecuting his appeal.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**BRIANA M. WEBB**
Division Chief, Law Enforcement Defense Division

*/s/ Kyle A. Perkins*
**KYLE A. PERKINS**
Assistant Attorney General
Texas State Bar No. 24144087

[Kyle.Perkins @oag.texas.gov](mailto:Kyle.Perkins@oag.texas.gov)
Law Enforcement Defense Division
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, TX 78711-2548
(512) 463-2080 / Fax: (512) 370-9323

**ATTORNEYS FOR
DEFENDANTS-APPELLEES**

## CERTIFICATE OF CONFERENCE

I, **KYLE A. PERKINS**, Assistant Attorney General of Texas, do hereby certify that due to the incarcerated status of Appellant, conference was not had. Appellees assume that Appellant is opposed.

/s/ *Kyle A. Perkins*
**KYLE A. PERKINS**
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I, **KYLE A. PERKINS**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Motion for Extension** has been served via the Court's electronic case filing service within one business day of December 9, 2025, on the following:

John Eric Anderson TDCJ #00552116          CMRRR 7021 2720 0002 0444 0063
TDCJ – LeBlanc Unit
3695 FM 3514
Beaumont, TX 77705
**PLAINTIFF PRO SE**

/s/ *Kyle A. Perkins*
**KYLE A. PERKINS**
Assistant Attorney General

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Gloriana Ojeda on behalf of Kyle Perkins
Bar No. 24144087
gloriana.ojeda@oag.texas.gov
Envelope ID: 108912319
Filing Code Description: Motion
Filing Description: Anderson  Appellee Motion for Extension of Time
Status as of 12/10/2025 7:13 AM CST

Associated Case Party: State of Texas, et al.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kyle Perkins | 24144087 | Kyle.Perkins@oag.texas.gov | 12/9/2025 6:10:52 PM | SENT |
| Daniel Rosales | | daniel.rosales@oag.texas.gov | 12/9/2025 6:10:52 PM | SENT |